RECEIVED
IN LAKE CHARLES, LA
JUN 14 2013
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOSHEF RENOLDA MCNEALEY 13408002 | CIVIL ACTION NO. 2:12-CV-2135 SECTION P |
| VS. | JUDGE PATRICIA MINALDI |
| J.P. YOUNG | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 6] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petition in the above-captioned case be **DISMISSED** as **MOOT**.

Lake Charles, Louisiana, on this __14__ day of ____June____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE